UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVAN RATCLIFF,<br><br>               Plaintiff<br><br>v.<br><br>JUSTIN REVES,<br><br>               Defendant. | Case No. 2:22-cv-00173-CDS-VCF<br><br>ORDER CONFIRMING VOLUNTARY DISMISSAL |

      In screening Plaintiff Evan Ratcliff's civil-rights complaint, this Court dismissed the claims without prejudice and with leave to amend by June 27, 2022. ECF No. 4. Almost three weeks later, Ratcliff filed a motion to voluntarily dismiss this action. ECF No. 7. Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" The Ninth Circuit has instructed "it is beyond debate that a dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." *Com. Space Mgmt. Co. Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1078 (9th Cir. 1999).

      No responsive pleading or summary-judgment motion has been filed in this case, so Ratcliff's voluntary dismissal was effective under Rule 41(a)(1) upon its filing. And the Court confirms that the Clerk of the Court closed this case on June 15, 2022.

      DATED THIS 3rd day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE